No. 80–869. · Hott v. Indiana. Ct. App. Ind. Certiorari denied. Justice Brennan and Justice Marshall would grant certiorari.

No. 80–878. Olkon v. Minnesota. Sup. Ct. Minn. Motion of Minnesota Civil Liberties Union for leave to file a brief as *amicus curiae* granted. Certiorari denied.